IN THE UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF INDIANA

Ronald Wooten
    Plaintiff

Ms Gard
J. French
Mark Sevier
The GeoGroup Inc
Officer Rice Amended
Sgt Sage Amended
    Defendant(s)

Case # 1:25-CV-00948-JRS-KMB
To Be Filled by clerk

AMENDED COMPLAINT FORM

## A. PARTIES

1. Plaintiff is a citizen of __INDIANA__ (State), and is located at __1000 Van Nuys Rd, Newcastle, Indiana 47362__ (Address).

2. Defendant __Ms. Gard__ (name) is (if a person or private corporation) a citizen of __Indiana__ (State) and (if a person) resides at __1000 Van Nuys Rd, Newcastle, In 47362__ (Address) and (if the defendant harmed you while doing the defendant's job) worked for __GEOGROUP INC, 4955 Technology Way, Boca Raton, FL 35431__ (Employers name and Address)

## B. STATEMENT OF CLAIM:

State the Following:
1. Who Violated your Rights;
2. What each defendant did;
3. When they did it;
4. Where it happened;
5. Why they did it, if you know.

Notice in my First Complaint I Filed I made a lot of mistakes and that comes with the fact that I am ascared For my life here in the Newcastle Correctional Facility, @ 1000 Van Nuys Rd Newcastle, Indiana 47362. So I have written My Case Manager Ms Gard Numerous Request to be moved From my Pod Due to threats to My life and for her to please assign me a Compatable Cellie She Would not move me and staff Would Not take me Serious I am having a hard time trying to remember all but I am very sure there is reports of all this as it comes to an end when I was asleep in my Cell and C/O's Opened doors for Rec and (2) Two Inmates Came into My Cell and woke me up with the Beaten of my life C/o Rice was in our Pod I was told he was on the Bottom Range when it took place and actually Walked Past My Cell While it was happening I now have problem with headaches I Pass out alot and have Nightmares and Flash Backs of it they did Bust My head open and knock out one of my Teeth a Report was taken I was in Medical For 5 Days Due to Ms Gard Not answering My

Parties Con't All Amended

Defendant J. French is (if a person or private corporation) a citizen of Indiana and (if a person) resides at 1000 Van Nuys Rd, Newcastle, In 47362 and (if the defendant harmed you while doing the defendants job) Worked For The GEO GROUP INC, 4955 Technology Way, Baca Raton, FL 35431.

Defendant Mark Sevier is (if a person or private corporation) a citizen of Indiana and (if a person) resides at 1000 Van Nuys. Rd, Newcastle, In 47362 and (if the Defendant harmed you while doing the Defendants job) Worked For the GEO GROUP INC, 4955 Technology Way, Baca Raton, FL 35431.

Defendant The GEO GROUP LLC is (if a Person or private corporation) a citizen of Flordia and (if a person resides at The GEO GROUP INC, 4955 Technology Way, Baca Raton, FL 35431 (if the Defendant harmed you while doing the Defendants Job) Worked For, Indiana Department of Corrections, 302 W. Washington St, Room E334, Indianapolis, In 46204.

Added AMEND "OFFICER RICE" (DEFENDANT) Defendant Officer Rice is (if a Person or private corporation) a Citizen of Indiana and (if a person) resides at 1000 Van Nuys Road, Newcastle, In 47362 and (if the Defendant harmed you while doing the defendants Job) Worked For GEO GROUP INC, 4955 Technology Way, Baca Raton, FL 35431.

Added Amend "Sargent Saye" (Defendant)
Defendant Sgt. Saye is (if a person or private corporation) a citizen of Indiana and (if a Person) resides at 1000 Van Nuys Rd, Newcastle, In 47362, and (if the Defendant harmed you while doing the Defendants Job) worked for GEO GROUP INC, 4955 Technology Way, Bocca Raton, FL 35431

Request for Interview this also Would Not have happened if this Bracket Would Have Isolated My door as every other Bracket Did Because they were aware of the threat this also Would Not have happened if officer Rice Would have Been doing his JoB and Walking the Range while the Doors were open. Also Notice I have Wittness's that will Say that C/o Rice was trying to have people hurt me officer Rice and me has had Past issues there are Some staff members that have Said they would Witness for me on a major part in this

End

C. JURISDICTION

☒ I am suing for a Violation of Federal law under 28 U.S.C. §1331,
or

☐ I am suing under state law. The state citizenship of the Plaintiffs is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs is $ _____

D. Relief Wanted

Describe what you want the Court to do if you win your lawsuit

#1. Officer Rice Pay for Pain & Suffering and Resign from the Indiana Department of Correction, Pain and Suffering in the Amount of $25,000.00 & Geo Group

#2 Sgt Sage Pay Pain & Suffering in the Amount of $25,000.00 and Resign from I.D.O.C., and Geo Group

#3 Ms Good Pay Pain & Suffering in the Amount of $25,000.00 and Resign from I.D.O.C., Geo Group

#4 JuFrench, Mark Sevier Resign From I.D.O.C and Geo Group and Pay Pain & Suffering of $1,000.00

#5 GEO GROUP INC Pay Pain & Suffering of $5,000.00

E. Jury Demand

☒ Jury Demand - I want a Jury to hear My Case
— OR —

☐ Court trial - I want a Judge to hear my Case

Dated this \_\_\_16\_\_\_ day of \_\_July\_\_ 20\_25\_.

Respectfully Submitted,

_____/s/_____
Signature of Plaintiff
Ronald Wooten    DOC# 281258
Plaintiff's Prisoner ID Number
Newcastle Correctional Facility
1000 Van Nuys Rd
Newcastle, In 47362
(Mailing Address of Plaintiff)

F. Optional Certification

Under penalty of perjury, I declare that the facts alleged in this Complaint are true and correct to the best of my knowledge and belief.

_____/s/_____ Signature of Plaintiff.

☒ I DO request To be allowed to file this Complaint without paying the filing fee. I have completed a request to proceed in district court prepaying the fee and attached it to the Complaint.

☐ I DO NOT request that I be allowed to file this Complaint without prepaying the filing fee under 28 U.S.C. §1915 and I have included the full filing fee with this Complaint.